**Grace Olufunmilola AKINGBALA, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 04–2094.

United States Court of Appeals, Fourth Circuit.

Submitted July 25, 2005.

Decided Aug. 8, 2005.

Randall L. Johnson, Johnson & Associates, Arlington, Virginia, for Petitioner. Peter D. Keisler, Assistant Attorney General, James Hunolt, Senior Litigation Counsel, Kenneth W. Rosenberg, Tax Division, Office of Immigration Litigation, United States Department of Justice, Washington, D.C., for Respondent.

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Grace Olufunmilola Akingbala, a native and citizen of Nigeria, seeks review of an order of the Board of Immigration Appeals (Board) denying her motion to reconsider the Board's denial of her motion to reopen her removal proceedings. We have reviewed the administrative record and conclude that the Board did not abuse its discretion in denying Akingbala's motion. *See* 8 C.F.R. § 1003.2 (2005).

We accordingly deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED*